1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| JAMES DALTON BELL, | CASE NO. C10-5175RBL/JRC |
|---|---|
| Petitioner, | |
| v. | ORDER TO PAY THE FILING FEE OR FILE FOR LEAVE TO PROCEED IN FORMA PAUPERIS |
| UNITED STATES OF AMERICA, | |
| Respondents. | |

The underlying Petition for a Writ of Habeas Corpus filed pursuant to 28 U.S.C. § 2241 has been referred to United States Magistrate Judge J. Richard Creatura pursuant to 28 U.S.C. § 636(b) (1) (A) and 636 (b) (1) (B), and Local Magistrate Judge's Rule MJR3 and MJR4. Petitioner has not paid the filing fee nor moved to proceed in forma pauperis.  The District Court Judge assigned to this action has entered an order that no communication to the court is to be sent by petitioner via U.S. mail.

Plaintiff has filed a motion for emergency injunctive relief asking that the motion be ruled on by March 17, 2010.  Petitioner also asks for recusal of all judges in the Western District

ORDER TO PAY THE FILING FEE OR
MOVE FOR IFP - 1

of Washington (Dkt. # 4, page 3). Before these motions will be considered, petitioner must comply with the filing requirements that apply to all habeas corpus petitions – petitioner must pay the filing fee of five dollars or file a motion to proceed in forma pauperis..

One of petitioner's contentions is that he filed a prior habeas corpus petition in December of 2007 and that petition was not heard.  Court records reveal that petitioner had filed a previous petition -- cause number 07-CV-5680RBL/KLS.  That petition was dismissed because petitioner did not pay the filing fee nor move to proceed in forma pauperis.

Until the filing fee is paid or a motion to proceed in forma pauperis is granted, the court will not consider other motions.  The motion for recusal and the motion for emergency relief will not be considered until the filing defects are addressed.  If petitioner addresses these filing defects, then the court will further consider the motion for recusal and the motion for injunctive relief.

The court previously advised petitioner by letter from the Clerk's office that he had until April 15, 2010 to cure his filing deficiencies (Dkt. # 2).  This deadline remains in place.

Dated this 19th day of March, 2010.

J. Richard Creatura
United States Magistrate Judge

ORDER TO PAY THE FILING FEE OR
MOVE FOR IFP - 2