UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JAMES DALTON BELL,

    Petitioner,

    v.

UNITED STATES OF AMERICA,

    Respondent.

CASE NO.  C10-5175RBL/JRC

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court, having reviewed the file, the Report and Recommendation of the Hon. J. Richard Creatura, United States Magistrate Judge, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and Order:

(1) The Court adopts the Report and Recommendation;

(2) This action is transferred to the Ninth Circuit as second or successive and all pending motions are DENIED.

(3) The Clerk's Office is directed to transfer this petition and administratively close the file.

DATED this 10th day of May, 2010.

*[signature: Ronald B. Leighton]*

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER - 1