# United States District Court

WESTERN DISTRICT OF WASHINGTON

JAMES DALTON BELL,

          v.

UNITED STATES OF AMERICA,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C10-5175RBL/JRC

____ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

__X__ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

(1) The Court adopts the Report and Recommendation; and

(2) This action is transferred to the Ninth Circuit as second or successive and all pending motions are DENIED.

| May 11, 2010 | BRUCE RIFKIN |
|---|---|
| Date | Clerk |

                                                         *s/ Mary Trent*
                                                         Deputy Clerk